THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CV 08-939 AG (ANx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| SIX FIREARMS and 4,744 ROUNDS OF AMMUNITION, | |
| Defendants. | |

    This action was filed on August 19, 2008. Notice was given and published in accordance with law. Claimant James Lammerding filed a claim opposing forfeiture and answers on May 16, 2008. No other claims or answers have been filed, and the time for filing

such claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendants Six Firearms and 4,744 Rounds of Ammunition, and no other person or entity shall have any right, title or interest therein. The Bureau of Alcohol, Tobacco, Firearms, and Explosives is ordered to dispose of said assets in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

1  5.  Plaintiff, United States of America, agrees that it will
2      not seek to recover civil sanctions (except to the extent
3      that the forfeiture of the defendant property can be
4      considered a civil sanction), attorney's fees or costs in
5      connection with this action or the underlying seizure.
6  6.  The Court finds that there was reasonable cause for the
7      seizure of the defendants Six Firearms and 4,744 Rounds
8      of Ammunition and institution of these proceedings. This
9      judgment shall be construed as a certificate of
10     reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:_May 13, 2009

_____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

3